

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00575-CR

**IN RE** Juan Manuel **GONZALEZ**

Original Proceeding[1]

PER CURIAM

Sitting:       Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: June 21, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On June 7, 2023, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. K-89-000237, styled *State of Texas v. Juan Manuel Gonzalez*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas-Ender presiding.